**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **CAROL WHITLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.: 4:17-cv-02075 |
| **v.** ) | |
| ) | (Removed from the Circuit Court of St. Louis |
| **FLAGSTAR BANK, FSB, and** ) | County, Case No. 17SL-CC02163) |
| **MILLSAP & SINGER, PC,** ) | |
| ) | |
| **Defendants.** | |

### NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Flagstar Bank, FSB hereby gives notice that it served a copy of the Notice of Removal and all attachments thereto (Doc. 1) on Plaintiff Carol Whitley on July 22, 2017 by means of first-class mail postage prepaid and addressed to the regular mailing address as follows: Carol Whitley, 1121 Bopp Road, St. Louis, MO 63121.

Respectfully submitted this the 24th day of July, 2017.

                                            Respectfully submitted,

                                            ***/s/ Jonathan Laurans***
                                            Jonathan L. Laurans
                                            Bar No. 43105MO
                                            The 1609 Law Building
                                            1609 West 92nd Street
                                            Telephone (816) 421-5200

                                            ATTORNEY FOR DEFENDANT FLAGSTAR BANK, FSB

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2017, I served a copy of the foregoing via United States Mail, first-class postage prepaid and addressed to the regular mailing address as follows:

| | |
|---|---|
| Carol Whitley | Charles S. Pullium, III |
| 1121 Bopp Road | Millsap & Singer, PC |
| St. Louis, MO 63121 | 612 Spirit Drive |
| | St. Louis, Missouri 63005 |

                                                */s/* ***Jonathan Laurans***
                                                Jonathan Laurans