**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CAROL WHITLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 4:17-CV-02075** |
| **v.** | ) | |
| | ) | **(Removed from the Circuit Court of St. Louis** |
| **FLAGSTAR BANK, FSB, and** | ) | **County, Case No. 17SL-CC02163)** |
| **MILLSAP & SINGER, PC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MILLSAP & SINGER, P.C.'S DISCLOSURE OF CORPORATE INTERESTS

Pursuant to E.D.Mo. L.R. 3-2.09, Defendant Millsap & Singer, P.C. hereby gives notice and disclosure of the following:

1. Defendant Millsap & Singer, P.C. is a nongovernmental corporate party;

2. Defendant Millsap & Singer, P.C. does not have a parent corporation; and

3. There is no publically held corporation owning 10% or more of Defendant Millsap & Singer, P.C.'s stock.

**MILLSAP & SINGER, LLC**

By: */s/ Charles S. Pullium, III*
    Charles S. Pullium, III, #46807
    612 Spirit Drive
    St. Louis, MO 63005
    (636) 537-0110
    (636) 537-0067 [Fax]
    cpullium@msfirm.com
    *Attorney for Millsap & Singer, P.C.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2017, I served a copy of the foregoing via United States Mail, first-class postage prepaid and addressed to the regular mailing address as follows:

Carol Whitley
1121 Bopp Road
St. Louis, MO 63121

Jonathan Laurans
The 1609 Law Building
1609 West 92nd Street
Kansas City, KS 64114

*/s/ Charles S. Pullium, III*