IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CAROL WHITLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-02075 |
| | ) | |
| FLAGSTAR BANK, FSB, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT MILLSAP & SINGER, P.C.'S MTOION TO DISMISS PLAINTIFF'S PETITION

Defendant Millsap & Singer, P.C. ("Millsap"), by and through counsel, respectfully move this Court pursuant to Rules 8(a)(2) and 12(b)(6) of the Federal Rules of Civil Procedure for the dismissal of Plaintiff's Petition for failure to state a claim upon which relief can be granted.

In support of their Motion to Dismiss, Millsap submits their Suggestions in Support filed contemporaneously with this Motion.

WHEREFORE, Defendant Millsap & Singer, P.C. respectfully requests that the Court grant their Motion to Dismiss, dismiss Plaintiff's Petition in its entirety with prejudice, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**MILLSAP & SINGER, P.C.**

By: */s/ Charles S. Pullium*
    Charles S. Pullium, III #46807
    612 Spirit Drive
    St. Louis, Missouri 63005
    Telephone: (636) 537-0110
    Facsimile: (636) 537-0067
    Email: cpullium@msfirm.com
    *Attorney for Defendant Millsap & Singer, P.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2017, I served a copy of the foregoing via United States Mail, first-class postage prepaid and addressed to the regular mailing address as follows:

Carol Whitley
1121 Bopp Road
St. Louis, MO 63121

Jonathan Laurans
The 1609 Law Building
1609 West 92nd Street
Kansas City, KS 64114

                                                              */s/ Charles S. Pullium, III*