# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **CAROL WHITLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No.: 4:17-CV-02075 |
| v. | ) |
| | ) (Removed from the Circuit Court of St. Louis |
| **FLAGSTAR BANK, FSB, and** | ) County, Case No. 17SL-CC02163) |
| **MILLSAP & SINGER, P.C.,** | ) |
| | ) |
| **Defendants.** | |

## Flagstar Bank, FSB's Motion to Dismiss

Pursuant to Fed.R.Civ.P. 12(b)(6), Defendant Flagstar Bank, FSB ("Flagstar") hereby moves to dismiss Plaintiff Carol Whitley's Complaint for failure to state a claim upon which relief can be granted. Flagstar directs the Court to its Memorandum in Support of its Motion to Dismiss, filed contemporaneously with this Motion and incorporated herein.

For the reasons stated in the Memorandum, Flagstar respectfully requests that the Court dismiss Plaintiff's Complaint.

Dated this 31st day of July, 2017.

                                        Respectfully submitted,

                                        ***/s/ Jonathan Laurans***
                                        Jonathan L. Laurans
                                        Bar No. 43105MO
                                        The 1609 Law Building
                                        1609 West 92nd Street
                                        Telephone: (816) 421-5200
                                        jlaurans@msn.com

                                        ATTORNEY FOR DEFENDANT FLAGSTAR BANK, FSB

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2017, I filed a copy of the foregoing via the Court's ECF/CMF filing system, which will send a copy of the filing to counsel of record:

Charles Pullium, cpullium@msfirm.com

I further certify that, on the same day, I served a copy of the foregoing via United States Mail, first-class postage prepaid and addressed to the regular mailing address as follows:

Carol Whitley
1121 Bopp Road
St. Louis, MO 63121

*/s/ Jonathan Laurans*
Jonathan Laurans